STEPHEN L. BERRY (SB# 101576)
stephenberry@paulhastings.com
BLAKE R. BERTAGNA (SB #273069)
blakebertagna@paulhastings.com
PAUL HASTINGS LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, California 92626-1924
Telephone: 1(714) 668-6200
Facsimile: 1(714) 979-1921

Attorneys for Defendant
RALPH BRENNAN'S JAZZ KITCHEN, LLC

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY CLEWETT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH BRENNANS JAZZ KITCHEN, LLC., a Louisiana Corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 8:19-cv-01819-DOC (KES)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [21]** |

| | |
|---|---|
| 1 | The Court, having read and considered the stipulation of the parties in the |
| 2 | above-entitled action for dismissal of this action and all of the claims of plaintiff |
| 3 | Ashley Clewett in their entirety with prejudice, and good cause appearing therefor, |
| 4 | hereby orders that this action and all claims of plaintiff Ashley Clewett which are |
| 5 | asserted therein shall be dismissed in their entirety with prejudice, and that each of |
| 6 | the parties shall bear her/its own costs, litigation expenses and attorneys' fees in |
| 7 | connection this action. |

DATED: Nov. 21, 2019

*David O. Carter*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

- 1 -

ORDER DISMISSING ENTIRE
ACTION WITH PREJUDICE